MARGARET ROSE COONEY, Appellant, v. DONALD M. SHERMAN and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur, except Thompson, J., not voting. (The order denies plaintiff's motion for deficiency judgment against all defendants in a mortgage foreclosure action.) Present — Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ.

LEROY FLASH, Individually and as Administrator, etc., of EDWARD B. FLASH, Deceased, Respondent, v. CLARA RUMMEL, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. Memorandum: Construing the complaint liberally as we are required to do, we find sufficient facts alleged, although inartistically pleaded, to constitute a cause of action, on the basis of the existence of incompetency of the plaintiff's intestate to the knowledge of defendant at the time of the conveyance. All concur, except Thompson, J., not voting. (The order denies defendant's motion to dismiss the complaint as to the plaintiff in his individual capacity in an action for an accounting for property alleged to have been secured through fraud.) Present — Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ.

In the Matter of the Application of LOUIS H. NEUBECK, Respondent, for a Mandamus Order against FRANKLIN E. BARD and Others, as and Constituting The Erie County Park Commission, and JOHN W. CHEETHAM, Appellants.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 819.] Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

## (March 31, 1937.)

AUGUST BEYGEN, Appellant, v. ROCHESTER SAVINGS BANK, Respondent. (Action No. 1.)— Appeals 1 and 2 affirmed, with ten dollars costs and disbursements payable out of the fund in the possession of the defendant. Appeal 3 dismissed, without costs, on consent. All concur, except Thompson, J., not voting. (One order brings in additional parties defendant; the second order denies motion of plaintiff to remove cause from equity calendar; the third order denies plaintiff's motion to vacate a temporary injunction. The action is brought to recover money deposited in a joint bank account.) Present — Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ.

AUGUST BEYGEN, Appellant, v. ROCHESTER SAVINGS BANK, Respondent. (Action No. 2.)— Judgment and orders affirmed, with ten dollars costs payable out of the fund in the possession of the defendant. All concur, except Thompson, J., not voting. (The judgment is entered upon orders dismissing the complaint on the ground of another action pending in an action to recover a deposit.) Present — Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ.

AUGUST BEYGEN, Appellant, v. ROCHESTER SAVINGS BANK, Respondent. (Action No. 3.)— Judgment and orders affirmed, with ten dollars costs payable out of the fund in the possession of the defendant. All concur, except Thompson, J., not voting. (The judgment is entered upon an order dismissing the complaint upon the ground of another action pending and the amended order directs filing of an affidavit in an action to recover a deposit.) Present — Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ.